IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CRYSTAL N. LAMB,

       Plaintiff,

v.

CLAYTON COUNTY SCHOOL
DISTRICT,

       Defendant.

CIVIL ACTION NO.
1:19-CV-0695-JSA

**PLAINTIFF'S RESPONSE TO COURT'S ORDER REGARDING
ADDITIONAL FEES INCURRED THROUGH FINAL BRIEFING OF
PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES**

## I.    Introduction.

Plaintiff files this response to the Court's order awarding Plaintiff's attorneys' fees and ordering Plaintiff to submit any additional fees incurred through the final briefing of her Motion for an Award of Attorneys' Fees [Doc. 174]. Given that Defendant did not file a response to Plaintiff's brief in support of her motion for fees, Plaintiff is not seeking additional fees related to the briefing of her fee motion.[1] However, as further explained below, Plaintiff is

---

[1] Plaintiff will seek fees incurred in responding to Defendant's appeal in a separate motion.

1

seeking post-judgment interest on the attorneys' fees and costs that she was awarded.

## II. Plaintiff Seeks Post-Judgment Interest on Attorneys' Fees and Costs Through November 23, 2021 in the Amount of $5,114.79, and Accruing Until the Fees and Costs are Paid.

On November 9, 2021, this Court awarded Plaintiff attorney's fees in the amount of $547,265.00 [Doc. 174], and on the same date, the Clerk of Court taxed costs against Defendant in the amount of $10,434.22 [Doc. 175]. The Eleventh Circuit has held that when a district court taxes costs, including an award of attorneys' fees, against a losing party, "the award of costs bears interest from the date of the original judgment." *Georgia Ass'n of Retarded Citizens v. McDaniel*, 855 F.2d 794, 799 (11th Cir. 1988); *see also BankAtlantic v. Blythe Eastman Paine Webber, Inc.*, 12 F.3d 1045, 1052 (11th Cir.1994); *Mock v. Bell Helicopter Textron, Inc.*, 456 Fed. Appx. 799, 803 (11th Cir. 2012) ("awarding interest from the date of the final judgment on the merits is consistent with *BankAtlantic* as well as with a majority of our sister circuits").

As noted in Plaintiff's Motion for Final Judgment on Equitable Relief [Doc. 146], the Eleventh Circuit has used the Prime Rate when determining

the amount of post-judgment interest.[2]  *E.E.O.C. v. Guardian Pools, Inc.*, 828 F.2d 1507, 1512-13 (11th Cir. 1987). Post-judgment interest should be awarded from the date of the original judgment through payment of the award. Applying the prevailing Prime Rate, Plaintiff is entitled to post-judgment interest through November 23, 2021 on her attorneys' fees and costs in the amount of $5,114.79, with post-judgement interest accruing until the attorneys' fees and costs are paid.[3]

For the reasons stated above, Plaintiff requests the Court grant her post-judgment interest through November 23, 2021 on her attorneys' fees and costs in the amount of $5,114.79, with post-judgment interest continuing to accrue until the attorneys' fees and costs are paid.[4]

---

[2] The current Prime Rate is 3.25%. https://www.bankrate.com/rates/interest-rates/prime-rate.aspx

[3] https://financial-calculators.com/compound-interest-calculator (($557,699.22) * 3.25% over 103 days (8/12/2021-11/23/2021)).

[4] The Court previously granted Plaintiff post-judgment interest on her award of back-pay [Doc. 150] and Plaintiff reserves the right to seek post-judgment interest on her award of compensatory damages.

Respectfully submitted this 23rd day of November, 2021.

/s/ John T. Stembridge
John T. Stembridge
Georgia Bar No. 678605
Lisa D. Taylor
Georgia Bar No. 235529
Stembridge Taylor LLC
2951 Piedmont Road, Suite 200
Atlanta, Georgia  30305
Telephone: (404) 604-2691
john@stembridgetaylor.com
lisa@stembridgetaylor.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2021, I electronically filed Plaintiff's Response to Court's Order Regarding Additional Fees Incurred Through Final Briefing of Plaintiff's Motion for Award of Attorney's Fees using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record.

/s/ John T. Stembridge
John T. Stembridge
Ga. Bar No. 678605
john@stembridgetaylor.com

4