# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 25, 2023

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 21-12887-BB ; 21-14156 -BB
Case Style: Crystal Lamb v. Clayton County School District
District Court Docket No: 1:19-cv-00695-JSA

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers
General Information:     404-335-6100    Attorney Admissions:            404-335-6122
Case Administration:     404-335-6135    Capital Cases:                  404-335-6200
CM/ECF Help Desk:        404-335-6125    Cases Set for Oral Argument:    404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-12887

_____

CRYSTAL N. LAMB,

                                         Plaintiff-Appellee,

*versus*

CLAYTON COUNTY SCHOOLS,
d.b.a. Clayton County Public Schools,

                                         Defendant,

CLAYTON COUNTY SCHOOL DISTRICT,

                                         Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

ISSUED AS MANDATE: 05/25/2023

2                                                                              21-12887

D.C. Docket No. 1:19-cv-00695-JSA

_____

_____

No. 21-14156

_____

CRYSTAL N. LAMB,

                                                                                                                                         Plaintiff-Appellee,

*versus*

CLAYTON COUNTY SCHOOLS,
d.b.a. Clayton County Public Schools,

                                                                                                                                         Defendant,

CLAYTON COUNTY SCHOOL DISTRICT,

                                                                                                                          Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-00695-JSA

_____

| 21-12887 | Opinion of the Court | 3 |

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 26, 2023

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __21-12887-BB; 21-14156-BB__

__Clayton County School District__ vs. __Crystal N. Lamb__

<span style="color:red">A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.</span>

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — |  |  |
| Appellant's Brief |  |  |  |  |  |  |  |
| Appendix |  |  |  |  |  |  |  |
| Appellee's Brief | x |  | 37 | 4 | 148 | 22.20 | $22.20 |
| Reply Brief |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. |  |  |  |  | TOTAL | $ 22.20 REQUESTED | $ $22.20 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _/s/ John T. Stembridge_     Date Signed: __May 17, 2023__

Attorney Name: __John T. Stembridge__     Attorney for: __Appellee Crystal N. Lamb__
(Type or print your name)                  (Type or print name of client)

E-mail: __john@stembridgetaylor.com__     Phone: __404-604-2691__

Street Address/City/State/Zip: __Stembridge Taylor LLC__
__2951 Piedmont Road NE, Ste 200 Atlanta, GA 20205__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$22.20__     against __Appellant__

and are payable directly to __Appellee__

David J. Smith, Clerk of Court

Issued on: _____     By: __/S/ Tresa A. Raines__     DATE: __5/18/2023__
                           Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE: 05/25/2023