# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-12887

_____

CRYSTAL N. LAMB,

                                        Plaintiff-Appellee,

*versus*

CLAYTON COUNTY SCHOOLS,
d.b.a. Clayton County Public Schools,

                                        Defendant,

CLAYTON COUNTY SCHOOL DISTRICT,

                                        Defendant-Appellant.

_____

2                      Order of the Court                      21-12887

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-00695-JSA

_____

_____

No. 21-14156

_____

CRYSTAL N. LAMB,

                                                                        Plaintiff-Appellee,

*versus*

CLAYTON COUNTY SCHOOLS,
d.b.a. Clayton County Public Schools,

                                                                         Defendant,

CLAYTON COUNTY SCHOOL DISTRICT,

                                                                         Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

21-12887            Order of the Court            3

D.C. Docket No. 1:19-cv-00695-JSA

_____

ORDER:

Appellee's motion for extension of time to file a motion for attorneys' fees, to and including June 14, 2023, is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION